{¶ 89} I respectfully dissent from the majority opinion. For the reasons stated in my dissenting opinion in State v. Omiecinski, Cuyahoga App. No. 90510, 2009-Ohio-1066, I would sustain the first and second assignments of error, which would render the remaining assignments of error moot.
APPENDIX:

 Name Conviction H.B. 180 Classification S.B. 10
 Classification
 Robert Gildersleeve Sexual Battery Sexually Oriented Offender Tier III
 James Stevens GSI Sexually Oriented Offender Tier I
 John Brown Attempted Rape Sexually Oriented Offender Tier III
 Michael Topeka Attempted Sexually Oriented Offender Tier II
 Corruption of Minor
 Robert Bohammon Sexual Battery Sexually Oriented Offender Tier III
 John W. Evans Unlawful Sexual Sexually Oriented Offender Tier II
 Conduct
 Shawn Maver Rape Sexually Oriented Offender Tier III
 Demetrius Reddick Sexual Battery Sexually Oriented Offender Tier III
 Ralph Wells Rape Sexually Oriented Offender Tier III
 Willie Moncrief GSI Sexually Oriented Offender Tier II
 Arnold Harris Rape and GSI Sexually Oriented Offender Tier III
 Edward Schneider GSI Sexually Oriented Offender Tier II
 Charles M. Jones Rape Sexually Oriented Offender Tier III
 Wesley Patterson Rape Sexually Oriented Offender Tier III
Mark D. Patterson[11] Attempted Felonious Habitual Sexual Offender Tier III
 Penetration
 *Page 33 
 Robert Zamora[12] CA conviction CA conviction Tier II
 Dwayne Orr[13] GSI Sexually Oriented Offender Tier III

[11] Did not show up for hearing, so trial court dismissed his petition.
[12] Did not show up for hearing, so trial court dismissed his petition.
[13] Was classified incorrectly as a Tier III offender; he should have been classified as a Tier I offender. The trial court corrected his classification. *Page 1